It is ordered that the judge of Section "C" of the Criminal District Court for the Parish of Orleans rule upon the petition of relator for a writ of habeas corpus now pending before him without undue delay.

239 So.2d 540

**Laddie J. BENNETT**

v.

**.EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD.**

No. 50863.

Oct. 7, 1970.

It is ordered that the writ of review issue; that the Court of Appeal send up the

record in duplicate of the case; and that counsel for plaintiff and defendant be notified.